CO-386-online
10/03

# United States District Court
# For the District of Columbia

St. Michael's Medical Center, et al.   )
                                           Plaintiff   )
vs   )    Civil Action No._____
Michael Leavitt, Secretary of the   )
Department of Health and Human   )
Services   )
                                           Defendant   )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  St. Michael's Medical Center, et al.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  NONE  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Katherine Karker-Jennings*
Signature

349290
BAR IDENTIFICATION NO.

Katherine Karker-Jennings
Print Name

6030 Daybreak Circle, Suite A-150, Room 239
Address

Clarksville   Maryland   21029
City          State         Zip Code

(410) 531-2622
Phone Number