IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ST. MICHAEL'S MEDICAL CENTER, ET AL. | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 07- 2036 EGS |
| MICHAEL LEAVITT, Secretary of the Department of Health and Human Services | ) ) ) | |
| Defendant | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIDAFIT OF SERVICE

I, Katherine Karker-Jennings, certify that I personally served Peter D. Keisler, the Acting Attorney General of the United States, through his agent, W.T. Lee, General Clerk, at the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, on November 9, 2007. I further certify that I am at least 18 years of age and not a party to this action.

/s/Katherine Karker-Jennings
Katherine Karker-Jennings
DC Bar No. 349290
6030 Daybreak Circle
Suite A-150, Room 239
Clarksville, MD 21029
Phone: 410-531-2622