IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ST. MICHAEL'S MEDICAL CENTER, ET AL.<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL LEAVITT, Secretary of the Department of Health and Human Services<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07- 2036 EGS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIDAFIT OF SERVICE

I, Katherine Karker-Jennings, certify that I personally served the U.S. Attorney's Office for the District of Columbia, through its agent, Lakesha Carroll, at 501 Third Street, N.W., Washington, D.C. 20001, on November 9, 2007. I further certify that I am at least 18 years of age and not a party to this action.

/s/Katherine Karker-Jennings
Katherine Karker-Jennings
DC Bar No. 349290
6030 Daybreak Circle
Suite A-150, Room 239
Clarksville, MD 21029
Phone: 410-531-2622