UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MICHAEL'S MEDICAL CENTER, <u>et al.</u>, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. ) | Civ. Action No. 07-2036 (EGS) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel for Defendant in the above-captioned case.

                                                                              Respectfully submitted,

                                                                             /s/
                                                    CHRISTOPHER B. HARWOOD
                                                    N.Y. Bar No. 4202982
                                                    Assistant United States Attorney
                                                    555 Fourth St., N.W.
                                                    Washington, D.C. 20530
                                                    (202) 307-0372