UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al., ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil No. 07-2036 (EGS) | |
| ) | | |
| MICHAEL O. LEAVITT, Secretary of ) | ECF | |
| Health and Human Services, ) | | |
| Defendant. ) | | |
| ) | | |

### PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of Paul E. Soeffing as agency counsel for Defendant in the above-captioned case.

    Respectfully submitted,

    /s/ Paul E. Soeffing
    PAUL E. SOEFFING
    Attorney
    D.C. Bar No. 459480
    U.S. Department of Health and Human Services
    Office of the General Counsel
    Centers for Medicare & Medicaid Services Division
    Room C2-05-23
    7500 Security Boulevard
    Baltimore, Maryland 21244-1850

OF COUNSEL:
    410-786-1895

JAMES C. STANSEL
Acting General Counsel

CAROL J. BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
    Counsel for Litigation

United States Department of
    Health and Human Services