UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al., ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil No. 07-2036 (EGS) | |
| ) | | |
| MICHAEL O. LEAVITT, Secretary of ) | **ECF** | |
| Health and Human Services, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

**JOINT MOTION TO CONSOLIDATE CASES AND DEFENDANT'S MOTION TO BE
RELIEVED OF HIS OBLIGATION TO FILE AN ANSWER**

The parties to the above-captioned action hereby jointly move, pursuant to Federal Rule of Civil Procedure 42(a), for consolidation of the above-captioned case with St. Michael's Medical Center, et al. v. Leavitt, Civil No. 07-1484 (EGS). In addition, Defendant respectfully requests that, if this Court grants the joint motion for consolidation, Defendant be relieved of his obligation to file an answer in the instant case. In the alternative, should the Court deny the joint motion to consolidate or Defendant's request that he be relieved of his obligation to file an answer, Defendant respectfully requests that the time to file his answer be extended to fifteen (15) days after the Court rules on the motions herein. In support of the motions, the parties state as follows:

1. This case is an action for review of a final decision of the Secretary of Health and Human Services (the "Secretary") denying Plaintiffs' request for certain Medicare reimbursement. As such, this case is reviewed on the administrative record pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701 et seq., and is exempt from LCvR 16.3. See LCvR 16.3(b)(1).

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the APA. Plaintiffs seek judicial review of the Secretary's determination of the wage index component of Medicare's hospital inpatient Prospective Payment System, for the relevant Metropolitan Statistical Area where each Plaintiff is geographically located, for Federal Fiscal Year ("FFY") 2000.

3. In Civil No. 07-1484, which involves the same issue for FFY 2001, the parties have opened lines of communication to determine whether settlement of that case can be achieved. Because the instant case involves identical issues, but for FFY 2000, the parties are also including the instant case in the settlement discussions. Should settlement not be achieved, the Court has already approved a briefing schedule for Civil No. 07-1484. Because the legal issues are the same in both cases, the parties submit that, if briefing is necessary, the briefing of both cases can easily be done via one set of briefs, thereby promoting judicial economy.

4. Based on the foregoing, the parties respectfully request that Civil No. 07-2036 be consolidated with Civil No. 07-1484.

5. If the Court grants the parties' joint motion for consolidation, Defendant respectfully requests that the Court relieve him of his obligation to file an answer in Civil No. 07-2036, as the two complaints filed by Plaintiffs are nearly identical and Defendant has already filed an answer with the Court in Civil No. 07-1484.

6. In the alternative, if the Court denies the parties' joint motion to consolidate or Defendant's request that he be relieved of his obligation to file an answer in Civil No. 07-2036, Defendant respectfully requests that his answer in 07-2036 be due fifteen (15) days from the date

of the Court's order on the motions herein.  This extension would be necessary because Defendant has not yet received the administrative record for Civil No. 07-2036 from his contract printer, and Defendant's counsel will need sufficient time to review that record prior to filing Defendant's answer.

    A proposed order is attached hereto.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|

    /s/                                            /s/

KATHERINE KARKER-JENNINGS      JEFFREY A. TAYLOR, D.C. Bar No. 498610
D.C. Bar No. 349290                               United States Attorney
6030 Daybreak Circle
Suite A-150, Room 239                       /s/
Clarksville, MD 21029                      CHRISTOPHER B. HARWOOD
(410) 531-2622                                   Assistant United States Attorney
(410) 531-9449 (fax)                        Judiciary Center Building
Karkerjen@aol.com                           555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 307-0372

                                              /s/
                                              PAUL E. SOEFFING, D.C. Bar No. 459480
                                              Attorney
                                              U.S. Department of Health and Human Services
                                              Office of the General Counsel
                                              Centers for Medicare & Medicaid Services Division
                                              Room C2-05-23
                                              7500 Security Boulevard
                                              Baltimore, Maryland 21244-1850
                                              (410) 786-1895

                                              <u>OF COUNSEL</u>:

                                              JAMES C. STANSEL
                                              Acting General Counsel

                                              CAROL J. BENNETT
                                              Acting Associate General Counsel

                                              MARK D. POLSTON
                                              Deputy Associate General
                                                  Counsel for Litigation

                                              United States Department of
                                                  Health and Human Services

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 07-2036 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary of ) | **ECF** |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Consolidate Cases and Defendant's Motion to be Relieved of His Obligation to File an Answer (collectively, the "Motions"), and the entire record herein, it is this ___ day of _____, 2008,

ORDERED that the Motions be, and hereby are, GRANTED; and it is

FURTHER ORDERED that Civil No. 07-2036 is consolidated with Civil No. 07-1484; and it is

FURTHER ORDERED that the briefing schedule currently in place in Civil No. 07-1484 shall apply to the consolidated cases; and it is

FURTHER ORDERED that Defendant need not file a response to Plaintiffs' Complaint in Civil No. 07-2036.

 

                                                                                   EMMET G. SULLIVAN
                                                                                   United States District Judge

Copy to: ECF Counsel.