# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ST. MICHAEL'S MEDICAL CENTER, et al.,)
                                                )

              Plaintiffs,            )

                                                )

              v.                     )     Civil No. 07-2036 (EGS)

                                                )

MICHAEL O. LEAVITT, Secretary of    )     **ECF**
   Health and Human Services,       )

                                                )

              Defendant.          )

_____)

## JOINT STATUS REPORT

In accordance with the Court's order dated January 4, 2008, requiring the parties to file a joint status report, the parties report as follows:

1. This case is an action for review of a final decision of the Secretary of Health and Human Services ("the Secretary") denying Plaintiffs' request for certain Medicare reimbursement. As such, this case is reviewed on the administrative record pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq., and is exempt from LCvR 16.3. See LCvR 16.3(b)(1).

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the APA. Plaintiffs seek judicial review of the Secretary's determination of the wage index component of Medicare's hospital inpatient Prospective Payment System for the relevant Metropolitan Statistical Area where each Plaintiff is geographically located for Federal Fiscal Year ("FFY") 2000.

3. On January 4, 2008, at the parties' request, this Court issued an order consolidating this case with Civil No. 07-1484. Civil No. 07-1484 involves the same issue for FFY 2001. The

Court's order also relieved the Secretary of his obligation to file an answer in Civil No. 07-2036 and ordered that the parties submit a joint status report by February 4, 2008.

4.  The parties report that they continue to be in active settlement negotiations in an attempt to determine whether these two cases can be settled.  In the event that settlement is not achieved, the Court has adopted the parties' proposed briefing schedule (filed in Civil No. 07-1484) whereby briefing in the consolidated cases would commence with the filing of Plaintiffs' Motion for Summary Judgment on April 4, 2008.

5.  The Secretary has filed today a certified copy of the administrative record in Civil No. 07-2036.

Respectfully submitted,

Counsel for Plaintiffs:

Counsel for Defendant:

        /s/
KATHERINE KARKER-JENNINGS
D.C. Bar No. 349290
6030 Daybreak Circle
Suite A-150, Room 239
Clarksville, MD 21029
(410) 531-2622
(410) 531-9449 (fax)
Karkerjen@aol.com

        /s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

        /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

        /s/
PAUL E. SOEFFING, D.C. Bar No. 459480
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1895

2

<u>OF COUNSEL</u>:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services