UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of the United States )<br>Department of Health and )<br>Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:07-cv-02036 (EGS) |

**NOTICE OF APPEARANCE**

The Clerk will please **enter** the appearance of Lawrence J. Harder and **withdraw** the appearance of Paul E. Soeffing as counsel for the Defendant in the above-entitled case.

Respectfully submitted,

s/LAWRENCE J. HARDER
LAWRENCE J. HARDER
Supervisory Trial Attorney
Department of Health and Human Services
Office of the General Counsel
Health Care Financing Division
7500 Security Blvd., C2-05-23
Baltimore, MD 21244-1850
(410) 786-8080